# AFFIDAVIT OF SERVICE

**State of Nevada** **County of Clark** **United States District Court**

Case Number: 2:19-CV-01481-JCM-DJA

Plaintiff:
**KRISTINE E. MILLER,**

vs.

Defendant:
**CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,**

For:
Robert P. Spretnak
Law Offices of Robert P. Spretnak
8275 South Eastern Avenue
Suite 200
Las Vegas, NV 89123

Received by Legal Express on the 3rd day of September, 2019 at 3:00 pm to be served on **Clark County School District, A Political Subdivision Of The State Of Nevada, 5100 West Sahara Avenue, Las Vegas, NV 89146**.

I, John Nicholson, being duly sworn, depose and say that on the **4th day of September, 2019** at **10:22 am, I:**

**SERVED** by delivering a true copy of the **Summons in a Civil Action (Document 4), Complaint (Document 1), Exhibits (Document 1-1), Civil Cover Sheet (Document 1-2), Summons in a Civil Action (Document 1-3), Plaintiff's Certificate as to Interested Parties (Document 2)** to **Elsa Pena** as **Legal Essistant.**

Said service was made at the address of: **5100 West Sahara Avenue, 3rd Floor, Las Vegas, NV 89146** .

Affiant is, and was, a citizen of the United States, over 18 years of age, and not a party to, nor interested in, the proceeding in which this affidavit is made.

SIGNED and SWORN TO before me on the 9 day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

HEATHER L. BROOKS
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 14-15254-1
MY APPT. EXPIRES OCTOBER 17, 2022

**John Nicholson**
Process Server

**Legal Express**
**Nevada License 999/999a**
**911 South 1st Street**
**Las Vegas, NV 89101**
**(702) 877-0200**
Our Job Serial Number: 2019000662
Ref: Kris Miller
Service Fee: $47.50

Copyright © 1992-2010 Database Services, Inc - Process Server's Toolbox V6.4a