CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Tel: (702) 799-5373
Fax: (702) 799-5505
Herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTINE E. MILLER,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO.: 2:19-cv-01481-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S RESPONSE**<br><br>**[FIRST REQUEST]** |

Plaintiff Kristine E. Miller and Defendant Clark County School District, by and through their respective attorneys of record, hereby stipulate to extend the time for Defendant to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss (ECF No. 9) from the current deadline of October 15, 2019 for three (3) days, up to and including **October 18, 2019**. This is the first request for an extension of time to file a Reply to Plaintiff's Response.

Defendant seeks the extension of time to allow sufficient time to prepare an appropriate response. More specifically, Plaintiff's Response identifies additional claims not evaluated in Defendant's Motion. Defense counsel, therefore, requires additional time to evaluate and address such claims. Further, Defendant's counsel has various deadlines and hearings that make it unable to properly evaluate and prepare a response by the current Reply deadline.

Based on the foregoing, the parties hereby stipulate to a short extension of time, until October 18, 2019, for Defendant County School District to file a Reply to Plaintiff's Response (ECF No. 9). The brief extension will have no significant or prejudicial impact on the proceedings.

This request is made in good faith and not for the purpose of delay.

Dated: October 15, 2019                    Dated: October 15, 2019

LAW OFFICE OF ROBERT P. SPRETNAK    CLARK COUNTY SCHOOL DISTRICT
                                    OFFICE OF THE GENERAL COUNSEL

By: */s/ Robert P. Spretnak*         By: */s/ Crystal J. Herrera*
    Robert P. Spretnak (#5135)           Crystal J. Herrera (#12396)
    8275 S. Eastern Ave #200             5100 West Sahara Avenue
    Las Vegas, NV 89123                  Las Vegas, Nevada 89146
    *Attorney for Plaintiff*             *Attorney for Defendant*

### ORDER

**IT IS SO ORDERED.**

DATED: October 15, 2019.

_____
UNITED STATES DISTRICT JUDGE