# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KRISTINE E. MILLER,

        Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,

        Defendant.

2:19-CV-1481-JCM-DJA

**ORDER**

    The Early Neutral Evaluation was continued to 5/27/2020 at 10:00 AM, to allow the parties to pursue independent settlement negotiations. (ECF No. 17).

    Accordingly,

    IT IS HEREBY ORDERED that the continued Early Neutral Evaluation on 5/27/2020 at 10:00 AM, will be held by telephone.

    The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

    If the parties would like to appear in person, chambers (702-464-5540) must be notified by May 21, 2020.

    DATED this 14th day of May, 2020.

                                                            CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE