```
1   CRYSTAL J. HERRERA, ESQ.
    Nevada Bar No. 12396
2   CLARK COUNTY SCHOOL DISTRICT
    OFFICE OF THE GENERAL COUNSEL
3   5100 West Sahara Avenue
4   Las Vegas, Nevada 89146
    Tel: (702) 799-5373
5   Fax: (702) 799-5505
    Herrec4@nv.ccsd.net
6   Attorney for Clark County School District
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINE E. MILLER, | CASE NO.: 2:19-cv-01481-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | |
| Defendant. | |

Plaintiff Kristine E. Miller and Defendant Clark County School District, by and through their respective attorneys of record, having agreed to resolve this matter, hereby stipulate and request that the above-captioned matter be dismissed, with prejudice.

...

...

...

...

...

...

...

...

Each party shall bear its own costs and fees incurred in this dispute.

DATED this 3rd day of December, 2020.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: _____
CRYSTAL J. HERRERA
NV Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
*Attorney for Defendant*
*CLARK COUNTY SCHOOL DISTRICT*

DATED this 2d day of December, 2020.

LAW OFFICES OF ROBERT P. SPRETNAK

By: _____
ROBERT P. SPRETNAK
NV Bar No. 5135
8275 S. Eastern Avenue, Ste. 200
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 7, 2020